**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTHERN IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| LOLA'S FINE SAUCES, INC., | ) |
| | )    Case No. 4:26-cv-00021-RGE-WPK |
|    Plaintiff, | ) |
| | ) |
| vs. | )    **MOTION TO WITHDRAW AS COUNSEL** |
| | )    **FOR ECOIDEAS INNOVATION, INC.** |
| ECOIDEAS INNOVATION, INC., | ) |
| | ) |
|    Defendant. | ) |
| | ) |

Jason J. O'Rourke and Grace E. Mangieri of Lane & Waterman LLP state as follows for their Motion to Withdraw as Counsel for Ecoideas Innovation, Inc. pursuant to Local Rule 83(d)(6):

1.  Jason J. O'Rourke and Grace E. Mangieri are currently counsel of record for Defendant EcoIdeas Innovation, Inc. in the above-captioned matter.

2.  Counsel has learned that EcoIdeas Innovation, Inc. has commenced bankruptcy proceedings in Canada. Based upon information available to Counsel, Counsel understands that EcoIdeas has ceased operations and that there are no officers or representatives presently directing the defense of this litigation, and there are no ongoing operations or assets to pay Counsel for representation. Accordingly, good cause exists for Counsel to withdraw.

3.  On July 28, 2026, Counsel notified the last-known contacts at Ecoideas, Rafic Sidani, Elroy deXavier and Takudzwa Chinyani, that Counsel intended to file this Motion to Withdraw unless an objection was received by the end of the day. No objection or response was received from any of those contacts as of the day of this filing. A copy of this Motion is being sent simultaneously with this filing to the last known contacts via email.

1

4.      Because Ecoideas is a corporation and counsel understands that it has ceased operations and that there are no officers or representatives presently directing this litigation, substitute counsel has not entered an appearance. Counsel is unaware of any person currently authorized to retain substitute counsel or provide litigation direction on behalf of Ecoideas. To counsel's knowledge, no bankruptcy trustee, receiver, monitor, or other fiduciary has contacted undersigned counsel or entered an appearance in this action on behalf of Ecoideas. Counsel respectfully requests that the Court permit withdrawal.

5.      Pursuant to Local Rule 83(d)(6), Counsel states that trial in this matter is scheduled for June 21, 2027, and Counsel does not believe there are any pending motions.

WHEREFORE, attorneys Jason J. O'Rourke and Grace E. Mangieri respectfully request that the Court enter an Order: (1) Granting this Motion to Withdraw; (2) Permitting Jason J. O'Rourke and Grace E. Mangieri and Lane & Waterman LLP to withdraw as counsel of record for Defendant Ecoideas Innovation, Inc.; and (3) Granting such other and further relief as the Court deems just and equitable.

Dated:  August 3, 2026

LANE & WATERMAN LLP

By:     */s/ Jason J. O'Rourke*
        Jason J. O'Rourke, AT0005963
        Grace E. Mangieri, AT0014054
        220 North Main Street, Suite 600
        Davenport, IA 52801
        Telephone: 563-324-3246
        Facsimile:  563-324-1616
        Email: jorourke@l-wlaw.com
        Email: gmangieri@l-wlaw.com

        ATTORNEYS FOR ECOIDEAS
        INNOVATION, INC.

## <u>CERTIFICATE OF FILING AND SERVICE</u>

I hereby certify that on August 3, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will provide notification of such filing to all counsel of record and, further, that I served the same via email upon the last known contacts at Ecoideas Innovation, Inc.

*/s/ Jason J. O'Rourke*