IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| LOLA'S FINE SAUCES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ECOIDEAS INNOVATIONS, INC.,<br><br>Defendant. | Law No. 4:26-cv-00021-RGE-WPK<br><br>**NOTICE OF COMPLIANCE WITH COURT ORDER** |

The undersigned hereby certifies that on September 22, 2026, the Court's Order of September 16, 2026, Doc. 32, was sent via registered mail, regular mail and email (for those individuals whom email addresses were known) to: (1) the Corporate Defendant's previous last-known-client contacts; (2) the agent for service of process for Defendant; (3) Miller Thomson LLP; (4) Dodick Landau Inc.; and (5) Loopstra Nixon LLP.

Dated: September 29, 2026

LANE & WATERMAN LLP

By *_/s/ Jason J. O'Rourke_*

Jason J. O'Rourke, AT0005963
Grace E. Mangieri, AT0014054
220 North Main Street, Suite 600
Davenport, IA 52801
Telephone: 563-324-3246
Facsimile: 563-324-1616
Email: jorourke@l-wlaw.com
Email: gmangieri@l-wlaw.com
**ATTORNEYS FOR DEFEDANT**

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on September 29, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will provide notification of such filing to all counsel of record.

*/s/ Jason J. O'Rourke*
Jason J. O'Rourke